JOHN D. PARKER, Appellant, v STEPHEN P. RATHJEN, Defendant, and CITIBANK, N. A., et al., Respondents. [643 NYS2d 417]

The Supreme Court properly granted the motion of the defendants Citibank, N. A., and Citicorp Mortgage, Inc., for summary judgment, as the plaintiff was collaterally estopped from relitigating the issue of his fraud (*see, Citibank v Rathjen,* 202 AD2d 235). In any event, the plaintiff's claim raised no triable issue of fact.

The plaintiff's remaining contentions are without merit. Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.